# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DORIS FLOTT, DEB HILGER, LINDSEY JONES, and ARLENE ORR, | ) ) ) | |
| Plaintiffs, | ) ) | 8:09CV3211 |
| vs. | ) ) | ORDER |
| HAIR SALONS, INC., | ) ) | |
| Defendant. | ) | |

This matter is before the court on the parties Joint Motion to Extend Time to Certify Class (Filing No. 31). The parties have notified the court that settlement negotiations are ongoing, and therefore have requested an additional thirty days in which to file motions to certify the class.

**IT IS ORDERED:**

The deadline to allow any motion seeking certifications of this case as a class action is extended to **May 5, 2010.**

DATED this 1st day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
