# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **Doris Flott , et al.** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:09CV3211 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **Hair Salons, Inc.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel for the parties on April 16, 2010.

**IT IS ORDERED:**

The telephone planning conference with the undersigned magistrate judge is continued to **May 14, 2010 at 9:30 a.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 16th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge